**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kevin McDaniels, Appellant.

Appellate Case No. 2018-000070

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2020-UP-179
Submitted May 1, 2020 – Filed June 10, 2020

**AFFIRMED**

Appellate Defender Victor R. Seeger, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, both of Columbia; and Solicitor Barry Joe Barnette, of Spartanburg, all for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authority: S.C. Code Ann. § 24-13-40 (Supp. 2019) ("In every case in computing the time served by a prisoner, full credit against the sentence must be given for

time served prior to trial and sentencing, and may be given for any time spent under monitored house arrest.  Provided, however, that credit for time served prior to trial and sentencing shall *not* be given . . . when the prisoner *is serving a sentence for one offense and is awaiting trial and sentence for a second offense* in which case he shall not receive credit for time served prior to trial in a reduction of his sentence for the second offense." (emphases added)).

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.